JUDGE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR05-308JLR |
| ) | |
| Plaintiff, ) | ORDER GRANTING AGREED MOTION |
| ) | TO CONTINUE PRETRIAL MOTIONS |
| v. ) | DEADLINE AND TRIAL DATE |
| ) | |
| YOHANNES N. AMBACHEW, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The Court, having reviewed the records and files herein and considered the stipulation of the government and counsel for defendant, Yohannes Ambachew, makes the following findings and enters the following Order.

1. On August 23, 2005, defendant Yohannes Ambachew was indicted on two counts of possession of cocaine base with intent to distribute. On September 8, 2005, Mr. Ambachew was arraigned.

2. At his arraignment, the Court set a pretrial motions cutoff date for September 29, 2005 and a jury trial date for October 31, 2005. The current speedy trial expiration date is

ORDER GRANTING AGREED MOTION TO CONTINUE
PRETRIAL MOTIONS DEADLINE AND TRIAL
(Yohannes N. Ambachew CR05-308JLR) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**

November 17, 2005.

3. The defendant and the government have been engaged in settlement discussions. The government has provided discovery in the case and has made some of the physical evidence available for inspection.

4. Absent a pretrial settlement, the parties require additional time to fully prepare for trial. In particular, the government needs to obtain a lab analysis of the drugs involved in Count II, and the defense needs to consider retaining an independent lab to examine the drugs in each count.

5. The parties have stipulated to the need for additional time for the defense to prepare and to fully explore settlement in the case, which involves serious penalties and mandatory minimum sentences.

6. The ends of justice outweigh the best interests of the public and the defendant and speedy trial in this case, under these circumstances. A failure to grant a continuance based upon the parties' need to prepare the matter for trial, in the event settlement negotiations fail, would result in a miscarriage of justice.

7. The government and defendant have requested and stipulated to a continuance and defendant Ambachew has signed a written waiver of speedy trial which has been filed with the Court, waiving his right to speedy trial up to and including December 15, 2005.

IT IS HEREBY ORDERED that the pretrial motions cutoff date is continued from September 29, 2005 to November 3, 2005.

IT IS HEREBY ORDERED that the trial date for defendant is continued from October 31, 2005 to <u>December 6, 2005</u>.

//

//

//

ORDER GRANTING AGREED MOTION TO CONTINUE
PRETRIAL MOTIONS DEADLINE AND TRIAL
(Yohannes N. Ambachew CR05-308JLR) - 2

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington  98101
(206) 553-1100

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. § 3161(h), the period of time from the current trial to the new trial date is excluded in the computation of time under the Speedy Trial Act as this is a reasonable period of delay.

Done this 12th day of October, 2005.

_____
JAMES L. ROBART
United States District Judge

Presented by:

s/ Jay W. Stansell, WSBA# 18752
Attorney for Yohannes Ambachew
Assistant Federal Public Defender
1601 Fifth Avenue, Suite 700
Seattle WA 98101
206/553-1100 voice
206/553-0120 facsimile
Jay_Stansell@fd.org

s/ Todd Greenberg
Assistant United States Attorney
*By telephone authorization*

ORDER GRANTING AGREED MOTION TO CONTINUE
PRETRIAL MOTIONS DEADLINE AND TRIAL
(Yohannes N. Ambachew CR05-308JLR) - 3

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington  98101
(206) 553-1100